INDEX PURSUANT TO RULE 81 OF THE LOCAL RULES OF CIVIL PROCEDURE

1. Summons and Complaint dated February 18, 2009 and filed in the Erie County Clerk's Office on February 23, 2009.