STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

---

JEANINE A. SORTISIO and STEVEN R. SORTISIO,

    Plaintiffs,

v.

PETER ACCETTA, M.D., SUSAN M. PETERSON, RPA-C, ASTELLAS PHARMA US, INC., and NOVARTIS PHARMACEUTICALS CORPORATION,

    Defendants.

Index No. 2009-001945

**NOTICE OF FILING A NOTICE OF REMOVAL**

---

TO:  David W. Olson
BROWN CHIARI
5775 Broadway
Lancaster, New York 14086-2360

*Counsel for Plaintiffs*

Peter J. Skalaban Jr.
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005

*Counsel for Defendant*
*Novartis Pharmaceuticals Corporation*

    PLEASE TAKE NOTICE, that the defendant, ASTELLAS PHARMA US, INC., has filed a Notice of Removal of the above-captioned action from Supreme Court, State of New York, County of Erie, to the United States District Court for the Western District of New York on February 27, 2009.

DATED:   Buffalo, New York
         February 27, 2009

                                        HURWITZ & FINE, P.C.

                                        _____
                                        Harry F. Mooney
                                        *Local Counsel for Defendant,*
                                        *Astellas Pharma US, Inc.*
                                        1300 Liberty Building
                                        Buffalo, New York 14202

                                        Harvey L. Kaplin
                                        Mark C. Hagarty
                                        *Counsel for Defendant, Astellas*
                                        *Pharma US, Inc.*
                                        2555 Grand Boulevard
                                        Kansas City, MO 64108

CERTIFICATE OF SERVICE

I hereby certify that I have this 27th day of February, 2009, served a copy of the foregoing Notice of Filing Notice of Removal upon the firms indicated below by mailing a copy of same via U.S. Postal Service to the following:

David W. Olson, Esq.
BROWN CHIARI LLP
*Attorneys for Plaintiff*
5775 Broadway
Lancaster, New York 14086

Peter J. Skalaban, Jr.
SPRIGGS & HOLLINGSWORTH
*Counsel for Defendant, Novartis Pharmaceuticals*
1350 I Street NW
Washington, DC 20005

_____
Harry F. Mooney
HURWITZ & FINE, P.C.
*Local Counsel for Defendant, Astellas Pharma US, INC*
1300 Liberty Building
Buffalo, New York 14202