UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEANINE A. SORTISIO and STEVEN R. SORTISIO,

    Plaintiffs,

v.

PETER ACCETTA, M.D., SUSAN M. PETERSON, RPA-C, ASTELLAS PHARMA US, INC., and NOVARTIS PHARMACEUTICALS CORPORATION,

    Defendants.

Civil No.

CERTIFICATE OF SERVICE

---

I hereby certify that on the 27th day of February, 2009, I filed Defendant, Astellas Pharma US, Inc.' Notice of Removal, and Civil Cover Sheet with the Clerk of the District Court to be electronically filed using the CM/ECF system.

I also served a copy of the foregoing Notice of Filing a Notice of Removal and Notice of Removal upon the following by mailing a copy of same by the United States Postal Service:

TO:   David W. Olson
       BROWN CHIARI
       5775 Broadway
       Lancaster, New York 14086-2360

       *Counsel for Plaintiffs*

Peter J. Skalaban Jr.
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005

*Counsel for Defendant*
*Novartis Pharmaceuticals Corporation*

HURWITZ & FINE, P.C.

_____
Harry F. Mooney
*Local Counsel for Defendant,*
*Astellas Pharma US, Inc.*
1300 Liberty Building
Buffalo, New York 14202

Harvey L. Kaplin
Mark C. Hagarty
*Counsel for Defendant, Astellas*
*Pharma US, Inc.*
2555 Grand Boulevard
Kansas City, MO 64108