UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JEANINE A. SORTISIO and STEVEN R. SORTISIO,

                        Plaintiffs,                STIPULATION FOR
                                                             SUBSTITUTION OF
  -vs-                                                                        COUNSEL

PETER ACCETTA, M.D.,
SUSAN M. PETERSON, RPA-C,                           Case Number:
ASTELLAS PHARMA US, INC., and                  09-CV-00176RJA
NOVARTIS PHARMACEUTICALS CORPORATION,

                        Defendants.
_____

       WHEREAS, the defendant Astellas Pharma US, Inc. has requested and consented to have Ward Norris Heller & Reidy LLP, 300 State Street, Rochester, NY 14614, substituted as counsel in this action; it is hereby

       STIPULATED AND AGREED by the undersigned counsel that the firm of Ward Norris Heller & Reidy LLP shall be substituted as counsel for defendant Astellas Pharma US, Inc.

Dated: March 5, 2009

                                            HURWITZ & FINE, P.C.

                                               *s/Paul J. Suozzi*
                                     By_____
                                        Harry F. Mooney
                                    By Paul J. Suozzi, Esq.
                                        1300 Liberty Building
                                        Buffalo, NY  14202
                                        (716) 849-8900

2

                              ASTELLAS PHARMA US, INC.

                                     *s/Quinne Wilson*
                              By_____

STATE OF ILLINOIS   )
COUNTY OF LAKE     )  SS:

      On the 5th day of March, 2009, before me, the undersigned, personally appeared Quinne Wilson, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her/his capacity, was fully authorized to do so, and that by this signature on this instrument, the individual, or the entity upon behalf of which the individual signer acted, executed the instrument.

  *s/Diane L. Breckenfeld*
_____
                Notary Public

Notary Public – State of Illinois
My Commission Expires 09/19/11

3

          WARD NORRIS HELLER & REIDY LLP

         *s/Sharon M. Porcellio*
By_____
    Sharon M. Porcellio, Esq.
    Scott R. Jennette, Esq.
    300 State Street
    Rochester, NY  14614
    (585) 454-0700

So Ordered:

_____