**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JEANINE A. SORTISIO and STEVEN R. SORTISIO, | |
| Plaintiffs, | Civil No. 09-CV-176 |
| v. | |
| PETER ACCETTA, M.D., SUSAN M. PETERSON, RPA-C, ASTELLAS PHARMA US, INC., and NOVARTIS PHARMACEUTICALS CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

---

I hereby certify that on the 5th day of March, 2009, I filed the Stipulation for Substitution of Counsel with the Clerk of the District Court to be electronically filed using the CM/ECF system which sent notification of such filing to the following:

> David W. Olson
> BROWN CHIARI
> 5775 Broadway
> Lancaster, New York 14086-2360
> dolson@brownchiari.com
> *Counsel for Plaintiffs*
>
> Harvey L. Kaplan, Esq.
> Shook, Hardy & Bacon, LLP
> 2555 Grand Boulevard
> Kansas City, MO 64108
> hkaplan@shb.com
> *Counsel for Defendant, Astellas Pharma US, Inc.*

And I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF participants:

Peter J. Skalaban Jr.
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005

*Counsel for Defendant*
*Novartis Pharmaceuticals Corporation*

                                            HURWITZ & FINE, P.C.

                                            *s/Paul J. Suozzi*

                                            _____
                                            Paul J. Suozzi for
                                            Harry F. Mooney
                                            *Local Counsel for Defendant,*
                                            *Astellas Pharma US, Inc.*
                                            1300 Liberty Building
                                            Buffalo, New York 14202

                                            Harvey L. Kaplin
                                            Mark C. Hagarty
                                            *Counsel for Defendant, Astellas*
                                            *Pharma US, Inc.*
                                            2555 Grand Boulevard
                                            Kansas City, MO  64108

Case 1:09-cv-00176-RJA-HBS     Document 6     Filed 03/05/2009     Page 3 of 3