UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANINE A. SORTISIO and STEVEN R. SORTISIO,<br><br>       Plaintiffs,<br><br>v.<br><br>PETER ACCETTA, M.D., SUSAN M. PETERSON, RPA-C, ASTELLAS PHARMA US, INC., and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>       Defendants. | Civil Action No.: 1:09-CV-00176-RJA<br><br>*Document electronically filed.*<br><br>RULE 7.1 DISCLOSURE STATEMENT OF <u>ASTELLAS PHARMA US, INC.</u> |

Defendant Astellas Pharma US, Inc. ("APUS") by counsel and in compliance with Fed. R. Civ. P. 7.1, states as follows

1.     APUS was formed following a merger involving Fujisawa Healthcare, Inc. ("FHI") and is a successor of FHI. Fujisawa Pharmaceutical Co., Ltd. ("Fujisawa") was a company organized and existing under the laws of Japan. Fujisawa, however, ceased to exist as a legal entity following the merger between Fujisawa and Yamanouchi Pharmaceutical Co., Ltd. ("Yamanouchi") on April 1, 2005. Yamanouchi then changed its named to Astellas Pharma, Inc., ("API"), a Japanese company. Following the merger, FHI ceased to exist as a legal entity.

2.     APUS is a subsidiary of Astellas US Holding, Inc., which is a subsidiary of API.

3.     No publicly traded company owns 10% or more of the stock of APUS or API.

Respectfully submitted,


BY: _____ /s/ Scott R. Jennette_____
         Scott R. Jennette
         Sharon M. Porcellio
WARD NORRIS HELLER & REIDY LLP
*Local Counsel for Defendant Astellas Pharma US, Inc.*
300 State St.
Rochester, NY 14614

Harvey L. Kaplan
Mark C. Hegarty
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

*Counsel for Defendant Astellas Pharma US, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 6th day of March, 2009, a true and correct copy of the foregoing document was served via the Court's electronic notification system upon:

David W. Olson
BROWN CHIARI
5775 Broadway
Lancaster, New York 14086-2360

*Counsel for Plaintiffs*

Peter J. Skalaban Jr.
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005

*Counsel for Defendant*
*Novartis Pharmaceuticals Corporation*

                                                    _____/s/ Scott R. Jennette_____
                                                    *Counsel for Defendant Astellas Pharma US, Inc.*

3346695v1