UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JEANINE A. SORTISIO and STEVEN R. SORTISIO,

                    Plaintiffs,           **NOTICE OF APPEARANCE**

  -vs-

PETER ACCETTA, M.D.,           Case Number:
SUSAN M. PETERSON, RPA-C,      09-CV-00176RJA
ASTELLAS PHARMA US, INC., and
NOVARTIS PHARMACEUTICALS CORPORATION,

                    Defendants.

_____

**PLEASE TAKE NOTICE** that:

    Sharon M. Porcellio
    Ward Norris Heller & Reidy LLP
    300 State Street
    Rochester, NY  14614
    Tele:  (716) 553-5242
    Fax:   (585) 423-5910

has appeared as counsel for Defendant Astellas Pharma US, Inc. in this action.

Dated:  March 6, 2009

                              Respectfully submitted

                              WARD NORRIS HELLER & REIDY LLP

                              By___s/Sharon M. Porcellio_____
                              *Attorneys for Defendant*
                              *Astellas Pharma US, Inc.*
                              300 State Street
                              Rochester, NY  14614
                              Tele: (716) 553-5242

TO:   BROWN CHIARI LLP
      David W. Olson, Esq.
      *Attorneys for Plaintiff*
      5775 Broadway
      Lancaster, NY  14086
      Tele: (716) 861-7190

      SHOOK, HARDY & BACON, L.L.P.
      Douglas M. Schreiner, Esq.
      *Attorneys for Defendant*
      *Astellas Pharma US, Inc.*
      2555 Grand Blvd.
      Kansas City, MO  64108
      Tele: (816) 474-6550

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the Notice of Appearance was delivered to Plaintiff's counsel via electronic service on March 6, 2009.

                                          s/ Sharon M. Porcellio
                                          Sharon M. Porcellio