UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JEANINE A. SORTISIO and STEVEN R. SORTISIO,

                Plaintiffs,

v.

PETER ACCETTA, M.D., SUSAN M. PETERSON, RPA-C,
ASTELLAS PHARMA US, INC., and NOVARTIS
PHARMACEUTICALS CORPORATION,

                Defendants.
_____

**NOTICE OF APPEARANCE**

Docket No.: 09CV00176A

**PLEASE TAKE NOTICE THAT**:

    Susan A. Eberle, Esq.
    Brown & Tarantino, LLC
    1500 Rand Building
    14 Lafayette Square
    Buffalo, New York  14203
    Telephone:    (716) 849-6500
    Facsimile:    (716) 849-6503
    seberle@btattys.com

has appeared as counsel for defendants, PETER ACCETTA, M.D. and SUSAN M. PETERSON, RPA-C, in this action.

Dated: Buffalo, New York
       April 17, 2009

                **BROWN & TARANTINO, LLC**


                By:   /s/ Susan A. Eberle
                   Susan A. Eberle, of counsel
                *Attorneys for Defendants Peter Accetta, M.D. and Susan M.*
                *Peterson, RPA-C*
                1500 Rand Building, 14 Lafayette Square
                Buffalo, New York   14203
                (716) 849-6500

TO:    David W. Olson, Esq.
**BROWN CHIARI, LLP**
*Attorneys for Plaintiffs*
5775 Broadway
Lancaster, New York  14086
(716) 681-5616
dolson@brownchiari.com

Scott R. Jennette, Esq.
**WARD NORRIS HELLER & REIDY, LLP**
*Local counsel for Defendant Astellas Pharma US, Inc.*
300 State Street
Rochester, New York  14614
(585) 454-0700
srj@WNHR.com

Harvey L. Kaplan, Esq.
**SHOOK, HARDY & BACON, LLP**
*Attorneys for Defendant Astellas Pharma US, Inc.*
2555 Grand Boulevard
Kansas City, MO   64108
(816) 474-6550
hkaplan@shb.com

Peter J. Skalaban, Jr., Esq.
**SPRIGGS & HOLLINGSWORTH**
*Attorneys for defendant Novartis Pharmaceuticals*
1350 I Street NW
Washington, DC   20005
(202) 898-6800
PSkalaban@SPRIGGS.com

Harry F. Mooney, Esq.
**HURWITZ & FINE, P.C.**
*Local counsel for defendant Novartis Pharmaceuticals*
300 Liberty Building
Buffalo, New York 14202
(716) 849-8900
HFM@HURWITZFINE.com