## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2009, a true and correct copy of the foregoing document was served via the Court's electronic notification system upon:

**Counsel for Plaintiffs**
David W. Olson
Theresa M. Walsh
BROWN CHIARI
5775 Broadway
Lancaster, New York 14086-2360
716-681-7190
Fax: 716-681-8136
twalsh@brownchiari.com

**Counsel for Novartis Pharmaceuticals Corporation**
Harry F. Mooney
HURWITZ & FINE, P.C.
1300 Liberty Building
Buffalo, NY 14202
716-849-8900
Fax: 716-855-0874
HFM@hurwitzfine.com
         -and-
Peter J. Skalaban Jr.
Katharine R. Latimer
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, D.C. 20005
202-898-5800
Fax: 202-682-1639

**Counsel for Defendants Peter Accetta, M.D.**
**and Susan M. Peterson, RPA-C**
Susan A. Eberle
BROWN & TARANTINO, LLC
1500 Rand Building
14 Lafayette Square
Buffalo, New York 14203
716-849-6500
Fax: 716-849-6503
seberle@btattys.com

/s/ Scott R. Jennette
*Counsel for Defendant Astellas Pharma US, Inc.*

3438241v1