UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| Jeanine A. Sortisio,<br>Steven R. Sortisio, | **Hon. Hugh B. Scott** |
| Plaintiffs, | 09CV176A |
| vs. | **NOTICE OF MOTION FOR ADMISSION <u>PRO</u> <u>HAC</u> <u>VICE</u>** |
| Peter Accetta, M.D., et al. | |
| Defendants. | |

_____

| | |
|---|---|
| **MOTION BY**: | Ward, Norris, Heller & Reidy, LLP<br>Attorneys for Astellas Pharma US, Inc. |
| **DATE, TIME & PLACE OF HEARING** | United States District Court for the Western District of New York at a term thereof at the Courthouse located at 68 Court Street, Buffalo, New York, on such a date and time as may be scheduled by the Court or as soon as counsel can be heard thereafter. |
| **SUPPORTING PAPERS:** | Affidavit of Sharon M. Porcellio, Esq., sworn to on May 8, 2009, and Affidavit of Mark C. Hegarty, sworn to on May 7, 2009. |
| **RELIEF DEMANDED:** | Order pursuant to Local Rule 83.1, admitting Mark C. Hegarty, Esq. <u>pro</u> <u>hac</u> <u>vice</u> on behalf of Defendant Astellas Pharma US, Inc.<br><br>**ORAL ARGUMENT IS NOT REQUESTED** |

2

Dated: May 8, 2009                         Respectfully submitted,

                                          WARD, NORRIS, HELLER & REIDY, LLP


                                          By:_____s/Sharon M. Porcellio_____
                                               Sharon M. Porcellio
                                               Attorney for Defendant Astellas
                                               Pharma US, Inc.
                                               300 State Street
                                               6th Floor
                                               Rochester, NY 14614
                                               Telephone: 585-454-0700
                                               Facsimile:  585-423-5910
                                               E-mail: smp@wnhr.com

2