UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeanine A. Sortisio,<br>Steven R. Sortisio, | **Hon. Hugh B. Scott** |
| Plaintiffs, | 09CV176A |
| vs. | **ORDER FOR ADMISSION<br>PRO HAC VICE** |
| Peter Accetta, M.D., et al. | |
| Defendants. | |

**ORDER FOR ADMISSION PRO HAC VICE OF MARK C. HEGARTY, ESQ.**

WHEREAS, on her Affidavit, sworn to on May 8, 2009 and on the supporting Affidavit of Mark C. Hegarty Esq. sworn to on May 7, 2009, Sharon M. Porcellio moves before this Court, pursuant to Local Rule 83.1, for an Order admitting Mark C. Hegarty, Esq. pro hac vice for the above captioned action,

NOW, upon reading and filing said Affidavits, it is hereby

ORDERED, that Mark C. Hegarty, Esq. is hereby admitted pro hac vice for the above-captioned action.

Dated: May ____, 2009

Buffalo, New York

SO ORDERED:

_____
The Honorable Hugh B. Scott
United States Magistrate Judge

3423845v1