UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————————

JEANINE A. SORTISIO and STEVEN R. SORTISIO,

                       Plaintiffs,                    CERTIFICATE OF SERVICE

  -vs-

PETER ACCETTA, M.D.,                                    Case Number:
SUSAN M. PETERSON, RPA-C,                      09-CV-00176RJA
ASTELLAS PHARMA US, INC., and
NOVARTIS PHARMACEUTICALS CORPORATION,

                       Defendants.

———————————————————————————

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 8, 2009, I filed the Notice of Motion for Admission of Mark C. Hegarty *pro hac vice* dated May 8, 2009, Affidavit of Sharon M. Porcellio, sworn to May 8, 2009, Affidavit of Mark C. Hegarty, sworn to on May 7, 2009, and proposed Order with the Clerk of the U.S. District Court, Western District of New York, using the Court's CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Theresa M. Walsh, Esq. | Susan A. Eberle, Esq. |
| Brown Chiari LLP | Brown & Tarantino LLC |
| 5775 Broadway | 1500 Rand Building |
| Lancaster, New York 14086 | 14 Lafayette Square |
| *Attorneys for Plaintiffs* | Buffalo, New York 14203 |
| | *Attorneys for Defendants* |
| | *Peter Accetta and Susan Peterson* |

     Notice has been delivered via First Class Mail to:

| | |
|---|---|
| Katharine R. Latimer | Peter J. Skalaban, Jr. |
| Spriggs & Hollingsworth | Spriggs & Hollingsworth |
| 1350 I Street NW | 1350 I Street NW |
| Washington, DC 20005 | Washington, DC 20005 |

                                                                                                                                        s/Sharon M. Porcellio
                                           Sharon M. Porcellio
                                           WARD, NORRIS, HELLER & REIDY, LLP
                                           *Attorneys for Defendant*
                                             *Astellas Pharma US, Inc.*
                                           300 State Street
                                           6th Floor
                                           Rochester, NY 14614
                                           Telephone: 585-454-0700
                                           Facsimile:   585-423-5910