UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANINE A. SORTISIO<br>and STEVEN R. SORTISIO,<br><br>          Plaintiffs,<br>v.<br><br>PETER ACCETTA, M.D.,<br>SUSAN M. PETERSON, RPA-C,<br>ASTELLAS PHRAMA US, INC., and<br>NOVARTIS PHARMACEUTICALS<br>CORPORATION<br><br>          Defendants. | Civil Action No.: 09-cv-00176RJA<br><br>*Document electronically filed.* |

## DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S JOINDER IN DEFENDANT ASTELLAS PHARMA US, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Defendant Novartis Pharmaceuticals Corporation ("NPC") hereby joins in Defendant Astellas Pharma US, Inc.'s Memorandum In Opposition To Plaintiffs' Motion To Remand, filed on this same date, in the above-captioned matter.

DATED: May 8, 2009
        Buffalo, NY

Respectfully submitted,

/s/ Harry F. Mooney
Harry F. Mooney
**HURWITZ & FINE P.C.**
1300 Liberty Bldg.
Buffalo, NY 14202

*Of counsel:*
**SPRIGGS & HOLLINGSWORTH**
1350 I Street NW
Washington, DC 20005

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JEANINE A. SORTISIO
and STEVEN R. SORTISIO,

                        Plaintiffs,

vs.                                                                           Civ No. 09-CV-00176RJA

PETER ACCETTA, M.D.,
SUSAN M. PETERSON, RPA-C,
ASTELLAS PHARMA US, INC., and
NOVARTIS PHARMACEUTICALS
CORPORATION,

                        Defendants.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of May 2009, I electronically filed Defendant Novartis Pharmaceuticals Corporation's Joinder In Defendant Astellas Pharma US, Inc.'s Memorandum In opposition To Plaintiffs' Motion To Remand with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

David William Olson, Esq.
dolson@brownchiari.com

Harvey L. Kaplan, Esq.
hkaplan@shb.com

Scott R. Jennette, Esq.
srj@wnhr.com

Sharon M. Porcellio, Esq.
smp@wnhr.com

                                                  HURWITZ & FINE, P.C.

                                                        /s/ Harry F. Mooney
                                                Harry F. Mooney, Esq.
                                                *Attorneys for Defendant*
                                                *Novartis Pharmaceuticals Corporation*
                                                1300 Liberty Building
                                                Buffalo, New York 14202
                                                (716) 849-8900
                                                hfm@hurwitzfine.com

1