UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JEANINE A. SORTISIO and STEVEN R. SORTISIO,

        Plaintiffs,

v.                                                                                          Docket No.: 09-CV-00176-RJA

PETER ACCETTA, M.D., SUSAN M. PETERSON, RPA-C,        Hon. Hugh B. Scott
ASTELLAS PHARMA US, INC., and NOVARTIS
PHARMACEUTICALS CORPORATION,

        Defendants.
_____

## JOINDER OF DEFENDANTS PETER ACCETTA, M.D. AND SUSAN M. PETERSON, RPA-C, IN RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND SUBMITTED BY ASTELLAS PHARMA US, INC.

        Defendants, Peter Accetta, M.D. and Susan M. Peterson, RPA-C, through counsel, join in the response in opposition to plaintiffs' motion to remand filed by Astellas Pharma US, Inc. Defendants, Peter Accetta, M.D. and Susan M. Peterson, RPA-C, further adopt and incorporate the arguments and authorities cited therein.

Dated: Buffalo, New York
       May 8, 2009

                                    **BROWN & TARANTINO, LLC**

                                    By:  /s/ Susan A. Eberle
                                         Susan A. Eberle, of counsel
                                 *Attorneys for Defendants Peter Accetta, M.D. and Susan M. Peterson, RPA-C*
                                 1500 Rand Building, 14 Lafayette Square
                                 Buffalo, New York  14203
                                 (716) 849-6500

TO:    David W. Olson, Esq.
**BROWN CHIARI, LLP**
*Attorneys for Plaintiffs*
5775 Broadway
Lancaster, New York  14086
(716) 681-5616
dolson@brownchiari.com

Scott R. Jennette, Esq.
**WARD NORRIS HELLER & REIDY, LLP**
*Local counsel for Defendant Astellas Pharma US, Inc.*
300 State Street
Rochester, New York  14614
(585) 454-0700
srj@WNHR.com

Harvey L. Kaplan, Esq.
**SHOOK, HARDY & BACON, LLP**
*Attorneys for Defendant Astellas Pharma US, Inc.*
2555 Grand Boulevard
Kansas City, MO   64108
(816) 474-6550
hkaplan@shb.com

Peter J. Skalaban, Jr., Esq.
**SPRIGGS & HOLLINGSWORTH**
*Attorneys for defendant Novartis Pharmaceuticals*
1350 I Street NW
Washington, DC   20005
(202) 898-6800
PSkalaban@SPRIGGS.com

Harry F. Mooney, Esq.
**HURWITZ & FINE, P.C.**
*Local counsel for defendant Novartis Pharmaceuticals*
300 Liberty Building
Buffalo, New York 14202
(716) 849-8900
HFM@HURWITZFINE.com