Case Title:   Sortisio  v.  Accetta, M.D., et al.
Docket:      09-CV-00176A

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 8, 2009, the foregoing document(s) were electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following: Joinder of defendants, Peter Accetta, M.D. and Susan M. Peterson, RPA-C, in response in opposition to plaintiffs' motion to remand submitted by Astellas Pharma, US, Inc.

>David W. Olson, Esq.
>Attorneys for Plaintiffs
>Dolson@brownchiari.com
>
>Scott R. Jennett, Esq.
>Local counsel for Defendant Astellas Pharma US, Inc.
>Srj@WNHR.com
>
>Harvey L. Kaplan, Esq.
>Counsel for Defendant Astellas Pharma US, Inc.
>Hkaplan@shb.com
>
>Peter J. Skalaban, Jr., Esq.
>Counsel for Defendant Novartis Pharmaceuticals
>PSkalaban@SPRIGGS.com
>
>Harry F. Mooney, Esq.
>Local counsel for Defendant Novartis Pharmaceuticals
>HFM@Hurwitzfine.com

And, I hereby certify that a true copy of the foregoing document(s) were mailed by the United States Postal Service to the following non-CM/ECF participants:

>By: /s/ Susan Griffith
>Legal Assistant
>Brown & Tarantino, LLC
>1500 Rand Building
>14 Lafayette Square
>Buffalo, New York 14203
>(716) 849-6500
>Sgriffith@btattys.com