UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JEANINE A. SORTISIO,
STEVEN R. SORTISIO,

                              Plaintiffs,

                                                              **Hon. Hugh B. Scott**

                v.

PETER ACCETTA, M.D.,                                          09CV176A
SUSAN M. PETERSON, RPA-C,
ASTELLAS PHARMA US, INC.,
NOVARTIS PHARMACEUTICALS                                       **ORDER**
CORPORATION,

                              Defendants.

        The instant matter before the Court is a motion for the admission of Mark C. Hegarty,

Esq., pro hac vice (Docket No. 25).

        Upon the above referenced application and supporting papers and the Certificate of

Service stating service upon all other parties, and no opposition being shown; the motion has

been deemed submitted and is hereby **GRANTED**.

        It is ordered that ***upon the payment of the admission fee of $75.00 pursuant to***

***Rule 83.1(l) of the Local Rules of Civil Procedure for the Western District of New York  and***

***registration with the Court's Electronic Case Filing system ("ECF")***, Mark C. Hegarty, Esq.,

may appear herein on behalf of Astellas Pharma US, Inc..

        So Ordered.

                                        _/s/ Hugh B. Scott_
                                        Hon. Hugh B. Scott
                                        United States Magistrate Judge

Dated:          Buffalo, New York
                May 11, 2009