UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JEANINE SORTISIO and
STEVEN R. SORTISIO,

                        Plaintiffs,              **NOTICE OF MOTION**
                                                        *PRO HAC VICE*

v.                                                            Civ. No.: 1:09-CV-00176

PETER ACCETTA, M.D.,
SUSAN M. PETERSON, RPA-C,
ASTELLAS PHARMA US, INC., and
NOVARTIS PHARMACEUTICALS CORPORATION

                        Defendants.
_____

      **PLEASE TAKE NOTICE** that upon the annexed affidavit of Harry F. Mooney Esq., sworn to on the 18 day of May, 2009, and upon all the pleadings and proceedings herein, Defendant NOVARTIS PHARMACEUTICALS CORPORATION will move this Court at the United States Courthouse, Buffalo, New York, at a date and time to be determined by the Court, for an order pursuant to Local Rule 83.1(I) admitting Peter J. Skalaban, Esq. *pro hac vice* to participate before the Court in all proceedings in this action.

      **PLEASE TAKE FURTHER** notice that oral argument is waived unless the Court orders the motion set down for an oral hearing.

Dated: May 18, 2009

HURWITZ & FINE, P.C.

*/s/ Harry F. Mooney*

_____
Harry F. Mooney, Esq.
HURWITZ & FINE, P.C.
Attorneys for Defendants,
**NOVARTIS PHARMACEUTICALS CORPORATION**
1300 Liberty Building
Buffalo, New York 14202
(716) 849-8900

TO:
David W. Olson, Esq.,
Brown Chiari, LLP
5775 Broadway
Lancaster, New York 14086-2360
Phone: 681-7190

Harvey L. Kaplan, Esq.
SHOOK HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

Scott R. Jennette, Esq.
Sharon M. Porcellio, Esq.
WARD NORRIS HELLER & REIDY LLP
300 State Street, 6th Floor
Rochester, New York 14614
Telephone: (585) 454-0700

Susan A. Eberle, Esq.
Brown & Tarantino, LLC
1500 Rand Building
14 Lafayette Square
Buffalo NY 14203
716-849-6500