UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEANINE SORTISIO and
STEVEN R. SORTISIO,

                                      Plaintiffs,

v.

PETER ACCETTA, M.D.,
SUSAN M. PETERSON, RPA-C,
ASTELLAS PHARMA US, INC., and
NOVARTIS PHARMACEUTICALS CORPORATION,

                                        Defendants.

**ATTORNEY AFFIDAVIT IN SUPPORT OF MOTION FOR *PRO HAC VICE***

Civ. No.: 1:09-CV-00176

---

STATE OF NEW YORK    )
COUNTY OF ERIE        ) ss.:
CITY OF BUFFALO      )

      HARRY F. MOONEY., being duly sworn, deposes and states:

      1. I am an attorney duly licensed to practice law in the State of New York, and I am a partner of the law firm of Hurwitz & Fine, P.C., attorneys for Defendant Novartis Pharmaceuticals Corporation.

      2. This affidavit is made in support of Defendant Novartis Pharmaceuticals Corporation's motion for admission *pro hac vice* of attorney Peter J. Skalaban.

      3. Attorney Peter J. Skalaban is a partner with Spriggs & Hollingsworth in Washington, D.C. Mr. Skalaban has been admitted to practice in at least one state, is not under suspension or disbarment by any court, and is not eligible for admission to the bar of this Court under subdivision (a) of Rule 83.1 of the Local Rules of this Court. Attached hereto as **Exhibit A** is Mr. Skalaban's affidavit in support of this motion.

4. The requirements for *pro hac vice* admission of attorney Peter J. Skalaban are satisfied and I would recommend that Mr. Skalaban be admitted to practice *pro hac vice* before this Court for purposes concerning the within action.

WHEREFORE, it is respectfully requested that this Court grant Defendant Novartis Pharmaceuticals Corporation's motion to admit attorney Peter J. Skalaban to practice *pro hac vice* before this Court, for purposes in connection with this litigation.

_____
Harry F. Mooney

Subscribed and sworn to before me
on this 18th day of May, 2009

_____
Notary Public

DONNA M. BOICE
Notary Public, State of New York
Qualified in Erie County
My Commission Expires June 30, 20 11