UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEANINE SORTISIO and
STEVEN R. SORTISIO,

                                                          **AFFIDAVIT OF PETER J. SKALABAN, ESQ.**

                 Plaintiffs,

v.

                                                          Civ. No.: 1:09-CV-00176

PETER ACCETTA, M.D.,
SUSAN M. PETERSON, RPA-C,
ASTELLAS PHARMA US, INC., and
NOVARTIS PHARMACEUTICALS CORPORATION,

                 Defendants.

---

       PETER J. SKALABAN, ESQ., being duly sworn, deposes and states:

       1.     I am an attorney at law duly licensed to practice in Washington, D.C. and am a partner at the law firm of Spriggs & Hollingsworth. I submit this affidavit in support of my application to appear *pro hac vice* on behalf of defendant Novartis Pharmaceuticals Inc. in this action.

       2.     I make this application pursuant to Local Rule § 83.1 for admission *pro hac vice* before this Court in this matter.

       3.     My residence is:           2130 N. Monroe St.
                                                        Arlington, VA 22207

               My business address is:     Spriggs & Hollingsworth
                                                          1350 I Street, NW
                                                          Washington, DC 20005

4. I graduated from the University of Pennsylvania with a B.A. (English) in 1991. I obtained my Law Degree (J.D.) from the George Washington University Law School in 1994. My main areas of professional activity since my initial admission to the bar include the practice of complex litigation and pharmaceutical product liability litigation.

5. I was initially admitted to practice in the Supreme Court of Pennsylvania on December 23, 1994. I am a member of good standing of the bars of Pennsylvania and the District of Columbia.

6. I am currently admitted to practice in the following courts: U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the District of Columbia, U.S. District Court for the Eastern District of Pennsylvania, U.S. Court of Federal Claims, District of Columbia Court of Appeals, and Pennsylvania Supreme Court.

7. I have never been held in contempt of court, censored in a disciplinary proceedings, suspended or disbarred in any court or admonished by any disciplinary committee of an organized bar. I am not the subject of any pending complaint before any court.

8. I have read and am familiar with the following:

   a. The provisions of the Judicial Code, 28 U.S.C. §§ 1330-1452, which pertain to jurisdiction of and venue in a United States District Court;

   b. The Federal Rules of Civil Procedure;

   c. The Federal Rules of Criminal Procedure;

   d. The Federal Rules of Evidence;

   e. The Local Rules of Practice for the United States District Court for the Western District of New York;

    f.    The "Revised Plan for the Prompt Disposition of Criminal Cases" for the Western District of New York;

    g.    The New York State Rules of Professional Conduct as adopted from time to time by the Appellate Divisions of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court; and

    h.    Local Civility Principles.

9.    I agree to adhere faithfully to the New York State Lawyer's Code of Professional Conduct as adopted from time to time by the Appellate Divisions of the State of New York.

WHEREFORE, I respectfully request that I be admitted as an attorney in the United States District Court for the Western District of New York, pro hac vice.

_____
Peter J. Skalaban

Subscribed and sworn to before me
on this 15th day of May, 2009

_____
Notary Public

**Teresa Grasty**
**Notary Public, District of Columbia**
**My Commission Expires 5-14-2010**