UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JEANINE A. SORTISIO
and STEVEN R. SORTISIO,

                        Plaintiffs,

vs.                                                                Civ No. 09-CV-00176RJA

PETER ACCETTA, M.D.,
SUSAN M. PETERSON, RPA-C,
ASTELLAS PHARMA US, INC., and
NOVARTIS PHARMACEUTICALS
CORPORATION,

                        Defendants.

## CERTIFICATE OF SERVICE

     I hereby certify that on the 18th day of May 2009, I electronically filed the foregoing Notice of Motion for Pro Hac Vice Admission of attorney Peter J. Skalaban for Defendant Novartis Pharmaceuticals Corporation with accompanying Affidavits of Harry F. Mooney and Peter J. Skalaban with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

David William Olson, Esq.
dolson@brownchiari.com
*Attorneys for Plaintiffs*

Harvey L. Kaplan, Esq.
hkaplan@shb.com
*Attorneys for Defendant Astellas Pharma US, Inc*

Scott R. Jennette, Esq.
srj@wnhr.com
*Attorneys for Defendant Astella Pharma US, Inc*

Sharon M. Porcellio, Esq.
smp@wnhr.com
*Attorneys for Defendant Astella Pharma US, Inc*

Susan A. Eberle, Esq.
seberle@btattys.com
*Attorneys for Defendants Accetta and Peterson*

1

And, I hereby certify that I have mailed by the United States Postal Service the above-listed documents to the following CM/ECF participants:

David W. Olson, Esq.,
Brown Chiari, LLP
5775 Broadway
Lancaster, New York 14086-2360
Phone: 681-7190

Harvey L. Kaplan, Esq.
SHOOK HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

Scott R. Jennette, Esq.
Sharon M. Porcellio, Esq.
WARD NORRIS HELLER & REIDY LLP
300 State Street, 6th Floor
Rochester, New York 14614
Telephone: (585) 454-0700

Susan A. Eberle, Esq.
Brown & Tarantino, LLC
1500 Rand Building
14 Lafayette Square
Buffalo NY 14203
716-849-6500

          HURWITZ & FINE, P.C.

             /s/ Harry F. Mooney
          Harry F. Mooney, Esq.
          *Attorneys for Defendant*
          *Novartis Pharmaceuticals Corporation*
          1300 Liberty Building
          Buffalo, New York 14202
          (716) 849-8900
          hfm@hurwitzfine.com