UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEANINE A. SORTISIO and STEVEN R. SORTISIO,

                       Plaintiffs,                    **AMENDED CERTIFICATE OF SERVICE**

-vs-

PETER ACCETTA, M.D.,
SUSAN M. PETERSON, RPA-C,                       Case Number:
ASTELLAS PHARMA US, INC., and                  09-CV-00176RJA
NOVARTIS PHARMACEUTICALS CORPORATION,

                       Defendants.

---

     I hereby certify that on the 6th day of July, 2009 a true and correct copy of Defendant Astellas Pharma US, Inc.'s Objections to the Report & Recommendation of U.S. Magistrate Judge Hugh B. Scott dated June 22, 2009 was served via the Court's electronic notification system upon:

David W. Olson
Theresa M. Walsh
BROWN CHIARI
5775 Broadway
Lancaster, New York 14086
716-681-7190
Fax: 716-681-8136

*Counsel for Plaintiffs*

Harry F. Mooney
HURWITZ & FINE, P.C.
1300 Liberty Building
Buffalo, NY 14202
716-849-8900
Fax: 716-855-0874

Peter J. Skalaban, Jr.
Katharine R. Latimer
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005
202-898-5800
Fax: 202-682-1639

*Counsel for Novartis Pharmaceuticals Corporation*

Susan A. Eberle
BROWN & TARANTINO, LLC
1500 Rand Building
14 Lafayette Square
Buffalo, NY 14203
716-849-6500
Fax: 716-849-6503

*Counsel for Defendants Peter Accetta, M.D.
and Susan M. Peterson, RPA-C*

                                      /s/Scott R. Jennette
                                *Counsel for Defendant Astellas Pharma US, Inc.*