UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANINE A. SORTISIO and STEVEN R. SORTISIO,<br><br>Plaintiffs,<br><br>v.<br><br>PETER ACCETTA, M.D., SUSAN M. PETERSON, RPA-C, ASTELLAS PHARMA US, INC., and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendants. | NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF GENE M. WILLIAMS, ESQ.<br><br>Civil Action No.: 1:09-CV-00176-RJA-HBS<br><br>Hon. Richard J. Arcara, Chief Judge<br><br>*Document electronically filed.* |

| | |
|---|---|
| **MOTION BY:** | Ward, Norris, Heller & Reidy, LLP<br>Attorneys for Astellas Pharma US, Inc. |
| **DATE, TIME & PLACE OF HEARING:** | United States District Court for the Western District of New York at the Federal Courthouse located at 68 Court Street, Buffalo, New York, on **November 13, 2009**. |
| **SUPPORTING PAPERS:** | Affidavit of Sharon M. Porcellio, Esq., sworn to on October 26, 2009, and Affidavit of Gene M. Williams, Esq., sworn to on November 2, 2009. |
| **RELIEF REQUESTED:** | Order pursuant to Local Rule 83.1, admitting Gene M. Williams, Esq. *pro hac vice* to appear on behalf of Defendant Astellas Pharma US, Inc. |

Dated: November 2, 2009

Respectfully submitted,

WARD, NORRIS, HELLER & REIDY, LLP

By:     s/Sharon M. Porcellio
    Sharon M. Porcellio
    Scott R. Jennette, Esq.
*Local Counsel for Astellas Pharma US, Inc.*
300 State Street
Rochester, NY 14614
Telephone: 585-454-0700
Facsimile: 585-423-5910
E-mail: smp@wnhr.com
       srl@wnhr.com

-and-

SHOOK, HARDY & BACON, LLP
Harvey L. Kaplan, Esq.
Mark C. Hagarty, Esq.
*Counsel for Astellas Pharma US, Inc.*
2555 Grand Boulevard
Kansas City, MO 64108
(202) 898-5800


TO: BROWN CHIARI LLP
*Attorneys for Plaintiffs*
David W. Olson, Esq.
Theresa M. Walsh, Esq., of counsel
5775 Broadway
Lancaster, New York 14086-2360
(716) 681-7190

BROWN & TARANTINO, LLC
*Attorneys for Defendants Peter Accetta, M.D and Susan M. Peterson, RPA-C*
Susan A. Eberle, Esq., of counsel
1500 Rand Building
14 Lafayette Square
Buffalo, NY 14203
716-849-6500

HURWITZ & FINE, P.C.
*Local Counsel for Novartis Pharmaceuticals Corporation*
Harry F. Mooney, Esq., of counsel
1300 Liberty Building
Buffalo, NY 14202
716-849-8900

    -and-

SPRIGGS & HOLLINGSWORTH
*Counsel for Novartis Pharmaceuticals Corporation*
Peter J. Skalaban, Jr.
Katharine R. Latimer
1350 I Street, N.W.
Washington, DC 20005
202-898-5800